**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number (if known) __18-17812 MER__ Chapter 7

☐ Check if this an amended filing

## Official Form 205
## Involuntary Petition Against a Non-Individual                                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**    *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**    REVOLAR TECHNOLOGY, INC.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or doing business as names.

4. **Debtor's federal Employer Identification Number (EIN)**    ☒ Unknown

   EIN _____

5. **Debtor's address**

   **Principal place of business**

   201 Milwaukee Street, Suite 200
   Number    Street

   Denver         CO      80206
   City           State   Zip Code

   Denver
   County

   **Mailing address, if different**

   Number    Street

   P.O. Box

   City      State    Zip Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City      State    Zip Code

6. **Debtor's website (URL)**    https://revolar.com

7. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**    *Check one:*

Official Form 205                   Involuntary Petition Against a Non-Individual                                    page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

4842-0011-2497.1

Debtor   REVOLAR TECHNOLOGY, INC.                              Case number (if known)

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A)
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad (as defined in 11 U.S.C. § 101(44)
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A)
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6)
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3)
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- [x] No
- [ ] Yes.  Debtor _____  Relationship _____

District _____  Date filed _____ (MM/DD/YYYY)  Case number, if known _____

Debtor _____  Relationship _____
District _____  Date filed _____ (MM/DD/YYYY)  Case number, if known _____

## Part 3: Report About the Case

**10. Venue**   *Check one:*

- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- [x] The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Nicole Bagley | Principal due and owing on account of November 15, 2017 loan | $ 575,000.00 (plus interest, attorneys' fees, and costs collectible under the loan) |
| Praful Shah | Principal due and owing on account of November 15, 2017 loan | $ 25,000.00 (plus interest, attorneys' fees, and costs collectible |

| Debtor | REVOLAR TECHNOLOGY, INC. | Case number *(if known)* | |
|---|---|---|---|

| | Julianna Evans Caplan | Unpaid invoice for PR services | $ | 5,000.00 |
|---|---|---|---|---|

(plus any collectible interest, attorneys' fees, and costs)

Total of petitioners' claims  $  605,000.00

(plus collectible interest, attorneys' fees, and costs)

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

Nicole Bagley
Name

735 S. Fillmore Street
Number   Street

Denver                                    CO           80209
City                                      State        Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City                                      State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   09 / 02 / 2018
              MM / DD / YYYY

s/ [signature]
Signature of petitioner or representative, including representative's title

John H. Bernstein
Adam L. Hirsch
Printed name

KUTAK ROCK LLP
Firm name, if any

1801 California Street, Suite 3000
Number   Street

Denver                          CO           80202
City                            State        Zip Code

Contact phone  303-297-2400    Email  john.bernstein@kutakrock.com
                                      adam.hirsch@kutakrock.com

Bar number    John H. Bernstein, #17358
              Adam L. Hirsch, #44306

State         Colorado

s/ [signature]
Signature of attorney
Date signed   9/5/2018
              MM / DD / YYYY

Debtor  REVOLAR TECHNOLOGY, INC.                           Case number (if known)

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
Praful Shah
Name

903 Northern Way
Number    Street

Superior                    CO          80027
City                        State       Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                        State       Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   08-30-2018
              MM / DD / YYYY

_[signature]_

Signature of petitioner or representative, including representative's title

### Attorneys

Printed name

Firm name, if any

Number    Street
                    CO
City                        State          Zip Code
Contact phone               Email

Bar number

State

Signature of attorney
Date signed
            MM / DD / YYYY

Debtor __REVOLAR TECHNOLOGY, INC.__    Case number (if known) _____

## Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
Julianna Evans Caplan
__Name__

1563 44* NW
__Number    Street__

Washington DC                              20007
__City              State        Zip Code__

**Name and mailing address of petitioner's representative, if any**

__Name__

__Number    Street__

__City              State        Zip Code__

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  08/29/2018
              MM / DD / YYYY

*/s/ Julianna Evans Caplan*
Signature of petitioner or representative, including representative's title

## Attorneys

__Printed name__

__Firm name, if any__

__Number    Street__
                CO
__City              State        Zip Code__
Contact phone _____ Email _____

Bar number _____

State _____

Signature of attorney
Date signed
           MM / DD / YYYY