| Creditor | Amount of Claim on Schedule F | Amount of claim in proof of claim | Amount for Treatment as Class 2 Creditor | Notes |
|---|---|---|---|---|
| 303 Software | $59,163.95 | $53,163.95 (Proof of Claim No. 9) | $59,163.95 | |
| Amy Devine | $26,315.07 | | $26,315.07 | |
| Blake Yeager | $6,204.26 | | $6,204.26 | |
| Booyah Advertising | $8,155.85 | | $8,155.85 | |
| BTM Investments | $25,645.21 | | $25,645.21 | |
| Burns Figa & Will, P.C. | $12,098.26 | | $12,098.26 | |
| Cerimani | $2,418.10 | | $2,418.10 | |
| City Pine Creative | $6,624.50 | | $6,624.50 | |
| Daniel Yeager | $1,600.00 | | $1,600.00 | |
| Harvard Business Services, Inc. | $50.00 | | $50.00 | |
| Her Creative | $6,000.00 | $5,160 (Proof of Claim No. 5) | $5,160.00 | |
| Jamie Lindsay | $49,500.00 | $49,500 (Proof of Claim No. 11) | $36,650.00 | Late Filed POC; Amount presumes an allowed $12,850 Priority Wage Claim. |
| Jeffrey Eitel | $1,222.50 | $1,222.50 (Proof of Claim No. 10) | $1,222.50 | |
| Joanna Shear | $1,421.00 | $1,421 (Proof of Claim No. 1) | $1,421.00 | |
| Juliana Evans Caplan | $5,000.00 | $5,000 (Proof of Claim No. 4) | $5,000.00 | |
| Kurt Hovan | $52,630.14 | | $52,630.14 | |
| Lori Divine-Hudson | $25,567.12 | | $25,567.12 | |
| Lyn Dyster, Ph.D. | $26,315.07 | $26,438.26 (Proof of Claim No. 3) | $26,438.26 | |
| Merchant Crossroads | $5,244.17 | $21,633.04 (Proof of Claim No. 1-1) | $5,244.17 | |
| Nicole Bagley | $605,246.58 | $602,789.04 (Proof of Claim No. 7) | $602,789.04 | |
| Praful Shah | $26,315.07 | $25,000 (Proof of Claim No. 2) | $26,315.07 | |
| Rick Divine | $52,630.14 | | $52,630.14 | |
| Rubicon Law Group, Ltd. | $20,000.00 | | $20,000.00 | |
| Sheridan Ross, P.C. | $16,442.40 | $85,000 (Proof of Claim No. 8) | $0.00 | Claim Waived to serve as special counsel |
| Steve Bachar | $112,500.00 | | $112,500.00 | Subordinated to other unsecured creditors |
| Steve Bachar | $81,709.70 | | $81,709.70 | Subordinated to other unsecured creditors |
| TaxOps | $1,250.00 | | $1,250.00 | |

| | | | | |
|---|---:|---|---:|---|
| Tom Virden | $26,315.07 | $25,000 (Proof of Claim No. 6) | $26,315.07 | |
| UPS | $159.04 | | $159.04 | |
| Victor Lazzaro | $112,500.00 | | $112,500.00 | Subordinated to other unsecured creditors |
| Women in Kind | $995.00 | | $995.00 | |
| **Total** | $1,377,238.20 | | $1,344,771.45 | |