| | Q4 2019 | Q1 2020 | Q2 2020 | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | |
| Beginning Cash | 0 | $15,000 | $15,000 | $39,000 | $32,400 | $73,440 | $74,064 | $62,438 | $46,463 |
| Litig Rev | $160,000 | $120,000 | $120,000 | $160,000 | $160,000 | $120,000 | $100,000 | $160,000 | $160,000 |
| Device Rev | $35,000 | $30,000 | $70,000 | $70,000 | $70,000 | $70,000 | $70,000 | $70,000 | $100,000 |
| **Subtotal** | **$195,000** | **$165,000** | **$205,000** | **$269,000** | **$262,400** | **$263,440** | **$244,064** | **$292,438** | **$306,463** |
| **Expenses** | | | | | | | | | |
| Salaries | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 |
| Tech Consult/mthly support | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 |
| Mktg/Cust Service | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 |
| Financial Rptg/Acctg | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 |
| Tech Upgrades/R&D | $50,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 |
| Mfg/transport | | | | $75,000 | | | | $75,000 | $75,000 |
| advertising | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 |
| Legal | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 |
| **Subtotal** | **$170,000** | **$140,000** | **$140,000** | **$215,000** | **$140,000** | **$140,000** | **$140,000** | **$215,000** | **$215,000** |
| **Quarterly Net Revenue** | **$25,000** | **$25,000** | **$65,000** | **$54,000** | **$122,400** | **$123,440** | **$104,064** | **$77,438** | **$91,463** |
| 40% to Creditors to 4th Qtr 2021 | | | | | | | | | |
| 60% to Creditors to 1st Qtr 2022 through 3rd Qtr 2023 | | | | | | | | | |
| **Cash to Creditors** | **$10,000** | **$10,000** | **$26,000** | **$21,600** | **$48,960** | **$49,376** | **$41,626** | **$30,975** | **$36,585** |

N.B. Litigation revenue based on 28 targets at average of $100K per

Device revenues based on average sales price of $60 per unit

Assume need manufacture 18,000 devices at $27

| **Q1 2022** | **Q2 2022** | **Q3 2022** | **Q4 2022** | **Q1 2023** | **Q2 2023** | **Q3 2023** | **TOTAL** |
|---|---|---|---|---|---|---|---|
| $54,878 | $65,951 | $38,380 | $87,352 | $106,941 | $114,776 | $117,911 | $943,995 |
| $160,000 | $200,000 | $200,000 | $200,000 | $200,000 | $200,000 | $200,000 | $2,620,000 |
| $90,000 | $120,000 | $120,000 | $120,000 | $120,000 | $120,000 | $120,000 | $1,395,000 |
| **$304,878** | **$385,951** | **$358,380** | **$407,352** | **$426,941** | **$434,776** | **$437,911** | **$4,958,995** |
| | | | | | | | |
| $45,000 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 | $720,000 |
| | | | | | | | |
| $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $480,000 |
| $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $192,000 |
| $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $48,000 |
| $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $350,000 |
| | $150,000 | | | | | | $375,000 |
| $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $288,000 |
| $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $192,000 |
| | | | | | | | |
| **$140,000** | **$290,000** | **$140,000** | **$140,000** | **$140,000** | **$140,000** | **$140,000** | **$2,645,000** |
| $164,878 | $95,951 | $218,380 | $267,352 | $286,941 | $294,776 | $297,911 | $2,313,995 |
| | | | | | | | |
| $98,927 | $57,571 | $131,028 | $160,411 | $172,165 | $176,866 | $178,746 | $1,250,836 |