## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **In re:** | |
| **REVOLAR TECHNOLOGY INC.,** | **Case No. 18-17812-MER** |
| **Reorganized Debtor.** | **Chapter 11** |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of February, 2021, service of the **NOTICE OF RESOLUTION OF MOTION FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED BY KUTAK ROCK LLP FOR NICOLE BAGLEY PURSUANT TO 11 U.S.C. § 503(b)(3) AND (4) and FED.R. BANKR.P. 2016(a)** [ECF #260] was effected by placing true and correct copies thereof in the United States mail, first class postage prepaid, addressed to the parties on the attached list.

Dated: February 12, 2021.

/s/ Adam L. Hirsch
Adam L. Hirsch (CO Bar #44306)
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth Street, Suite 500
Denver, Colorado 80202
Telephone: 303-892-9400
Facsimile: 303-893-1379
adam.hirsch@dgslaw.com

ATTORNEYS FOR NICOLE BAGLEY

```
Label Matrix for local noticing          303 Software                             303 Software, Inc.
1082-1                                   1070 Bannock Street                      1070 Bannock Street, Suite 250
Case 18-17812-MER                        Suite 250                                Denver, CO 80204-4009
District of Colorado                     Denver, CO 80204-4009
Denver
Wed Feb 10 14:03:06 MST 2021

Megan M. Adeyemo                         Amy Divine                               BTM Investments
555 17th St.                             2415 Briarwood Drive                     ATTN  Brent Metz
Ste. 3400                                Boulder, CO 80305-6801                   4134 Fenton Street
Denver, CO 80202-3937                                                             Denver, CO 80212-7341


Nicole Bagley                            Blake Yeager                             Booyah Advertising
735 S. Fillmore Street                   366 Elk Trail                            P.O. Box 176252-6252
Denver, CO 80209-4816                    Lafayette, CO 80026-9054                 Denver, CO 80217



Jeffrey S. Brinen                        Robert Brunelli                          Burns Figa & Will, P.C.
1660 Lincoln St.                         1560 Broadway                            ATTN  Dana Eismeier
Ste. 1850                                Ste. 1200                                6400 South Fiddlers Green Circle
Denver, CO 80264-9911                    Denver, CO 80202-5145                    Suite 1000
                                                                                  Englewood, CO 80111-4957

Julianna Evans Caplan                    Cerimani                                 Daniel Yeager
1563 44th NW                             6 St. John's Lane                        2314 Encino Crossing
Washington, DC 20007-2004                New York, NY 10013-2115                  San Antonio, TX 78259-2407



Alison Goldenberg                        HER Creative Media                       Harvard Business Services, Inc.
Byron G. Rogers Federal Building         2590 Walnut Street                       16192 Coastal Highway
1961 Stout St.                           Attn: HER Creative Media                 Lewes, DE 19958-3608
Ste. 12-200                              Denver, CO 80205-2136
Denver, CO 80294-6004

Her Creative                                                                      Intercoastal Financial, LLC
ATTN  Bri Rios                                                                    7954 Transit Rd #144A
2590 Walnut Street                                                                Williamsville, Ne 14221-4117
Denver, CO 80205-2136


Intercoastal Financial, LLC              Jamie Lindsay                            Jeffrey Eitel
7954 Transit Rd #144A                    11401 Meade Pointe                       2047 North Last Chance Gulch
Williamsville, New York 14221-4117       Spotsylvania, VA 22551-4616              Suite 127
                                                                                  Helena, MT 59601-0744


Joanna Shear                             Julianna Evans Caplan                    Kurt Hoven
2031 South Madison Street                1563 44th Street NW                      1001-A East Harmony Road
Denver, CO 80210-3610                    Washington, DC 20007-2004                #502
                                                                                  Fort Collins, CO 80525-8888


Lee M. Kutner                            Victor Lazzaro                           Raymond H. Lemisch
1660 Lincoln St.                         2990 East 17th St., #807                 222 Delaware Ave.
Ste. 1850                                Denver, CO 80206-1675                    Ste. 801
Denver, CO 80264-9911                                                             Wilmington, DE 19801-1611
```

| | | |
|---|---|---|
| Lori Divine-Hudson<br>24 Pilgrim Drive<br>Northampton, MA 01060-1509 | Lyn Dyster, PhD.<br>5061 Forest Road<br>Lewiston, NY 14092-1904 | Maureen K. McIntee<br>1660 Lincoln St.<br>Ste. 1850<br>Denver, CO 80264-9911 |
| Merchant Crossroads LLC  Daniel Perrone<br>115 South 15th Street, Suite 300<br>Richmond, VA 23219-4254 | Nicole Bagley<br>735 South Fillmore Street<br>Denver, CO 80209-4816 | Praful Shah<br>903 Northern Way<br>Superior, CO 80027-8314 |
| Revolar Technology, Inc<br>201 Milwaukee Street, Suite 200<br>Denver, CO 80206-5013 | Rick Divine<br>1616 14th Street<br>Unit 2D<br>Denver, CO 80202-1340 | Keri L. Riley<br>1660 Lincoln St., Ste.1850<br>Denver, CO 80264-9911 |
| Rubicon Law Group, Ltd  Ryan Howell<br>1624 Market Street, Ste 202<br>Denver, CO 80202-1518 | SHERIDAN ROSS P.C.<br>1560 Broadway, Suite 1200<br>Denver, CO 80202-5145 | Sheridan Ross, P.C.<br>ATTN  Rob Brunelli<br>1560 South Broadway<br>Suite 1200<br>Denver, CO 80210-2608 |
| Stacy R. Dees<br>1070 Bannock Street, Suite 250<br>Denver, CO 80204-4009 | Steve Bachar<br>201 Milwaukee Street<br>Suite 200<br>Denver, CO 80206-5013 | TaxOps<br>ATTN  Andrea Collins<br>304 Inverness Way South<br>Suite 300<br>Englewood, CO 80112-5800 |
| Tom Virden<br>1545 Sunset Blvd<br>Boulder, CO 80304-4231 | UPS<br>Lock Box 577<br>Carol Stream, IL 60132-0577 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| Women in Kind<br>3899 North Jackson Street<br>Building 1<br>Denver, CO 80205-3849 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)City Pine Creative | (u)Security5, LLC<br>Gordon & Rees LLP | (d)Praful Shah<br>903 Northern Way<br>Superior, CO 80027-8314 |
| (u)Tax Ops, LLC | End of Label Matrix<br>Mailable recipients    48<br>Bypassed recipients     4<br>Total                  52 | |