UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-17812-MER |
| REVOLAR TECHNOLOGY, INC. ) | |
| EIN: 82-3714017 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS
PURSUANT TO 11 U.S.C. § 1112**

THIS MATTER having come before the Court on the Debtor's Motion to Dismiss Pursuant to 11 U.S.C. § 1112 ("Motion"), notice having been provided and any objections having been resolved, the Court being fully advised does hereby

ORDER

That the Motion is GRANTED. The above-captioned bankruptcy case is hereby dismissed.

DONE AND ENTERED this _____ day of _____, 2021 at Denver, Colorado.

_____
Honorable Michael E. Romero
United States Bankruptcy Chief Judge