United States Bankruptcy Court
District of Colorado

In re:     Case No. 18-17812-MER
Revolar Technology, Inc     Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2
Date Rcvd: Jun 02, 2021     Form ID: pdf904     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Revolar Technology, Inc, 201 Milwaukee Street, Suite 200, Denver, CO 80206-5013 |
| aty | + | Raymond H. Lemisch, 222 Delaware Ave., Ste. 801, Wilmington, DE 19801-1611 |
| aty | + | Robert Brunelli, 1560 Broadway, Ste. 1200, Denver, CO 80202-5145 |
| cr | + | Intercoastal Financial, LLC, 7954 Transit Rd #144A, Williamsville, Ne 14221-4117 |
| ptcrd | + | Julianna Evans Caplan, 1563 44th NW, Washington, DC 20007-2004 |
| ptcrd | + | Nicole Bagley, 735 S. Fillmore Street, Denver, CO 80209-4816 |
| cr | + | Victor Lazzaro, 2990 East 17th St., #807, Denver, CO 80206-1675 |
| 18157361 | + | 303 Software, 1070 Bannock Street, Suite 250, Denver, CO 80204-4009 |
| 18310817 | + | 303 Software, Inc., 1070 Bannock Street, Suite 250, Denver, CO 80204-4009 |
| 18157365 | + | BTM Investments, ATTN Brent Metz, 4134 Fenton Street, Denver, CO 80212-7341 |
| 18157364 | | Booyah Advertising, P.O. Box 176252-6252, Denver, CO 80217 |
| 18157366 | + | Burns Figa & Will, P.C., ATTN Dana Eismeier, 6400 South Fiddlers Green Circle, Suite 1000, Englewood, CO 80111-4957 |
| 18157370 | + | Harvard Business Services, Inc., 16192 Coastal Highway, Lewes, DE 19958-3608 |
| 18591386 | + | Intercoastal Financial, LLC, 7954 Transit Rd #144A, Williamsville, New York 14221-4117 |
| 18157372 | + | Jeffrey Eitel, 2047 North Last Chance Gulch, Suite 127, Helena, MT 59601-0744 |
| 18157373 | + | Joanna Shear, 2031 South Madison Street, Denver, CO 80210-3610 |
| 18157374 | + | Julianna Evans Caplan, 1563 44th Street NW, Washington, DC 20007-2004 |
| 18157375 | + | Kurt Hoven, 1001-A East Harmony Road, #502, Fort Collins, CO 80525-8888 |
| 18157376 | + | Lori Divine-Hudson, 24 Pilgrim Drive, Northampton, MA 01060-1509 |
| 18157377 | + | Lyn Dyster, PhD., 5061 Forest Road, Lewiston, NY 14092-1904 |
| 18157378 | + | Merchant Crossroads LLC Daniel Perrone, 115 South 15th Street, Suite 300, Richmond, VA 23219-4254 |
| 18157379 | + | Nicole Bagley, 735 South Fillmore Street, Denver, CO 80209-4816 |
| 18157380 | + | Praful Shah, 903 Northern Way, Superior, CO 80027-8314 |
| 18157381 | + | Rick Divine, 1616 14th Street, Unit 2D, Denver, CO 80202-1340 |
| 18157382 | + | Rubicon Law Group, Ltd Ryan Howell, 1624 Market Street, Ste 202, Denver, CO 80202-1518 |
| 18310467 | + | SHERIDAN ROSS P.C., 1560 Broadway, Suite 1200, Denver, CO 80202-5145 |
| 18157383 | + | Sheridan Ross, P.C., ATTN Rob Brunelli, 1560 South Broadway, Suite 1200, Denver, CO 80210-2608 |
| 18310816 | + | Stacy R. Dees, 1070 Bannock Street, Suite 250, Denver, CO 80204-4009 |
| 18157385 | + | TaxOps, ATTN Andrea Collins, 304 Inverness Way South, Suite 300, Englewood, CO 80112-5800 |
| 18157386 | + | Tom Virden, 1545 Sunset Blvd, Boulder, CO 80304-4231 |
| 18157388 | + | Women in Kind, 3899 North Jackson Street, Building 1, Denver, CO 80205-3849 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 18157387 | + | Email/Text: bankruptcy@ups.com | Jun 02 2021 23:43:00 | UPS, Lock Box 577, Carol Stream, IL 60132-0577 |

TOTAL: 1

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 02, 2021 | Form ID: pdf904 | Total Noticed: 32 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc | | Tax Ops, LLC |
| 18157368 | | City Pine Creative |
| ptcrd | *+ | Praful Shah, 903 Northern Way, Superior, CO 80027-8314 |
| 18157362 | ##+ | Amy Divine, 2415 Briarwood Drive, Boulder, CO 80305-6801 |
| 18157363 | ##+ | Blake Yeager, 366 Elk Trail, Lafayette, CO 80026-9054 |
| 18157367 | ##+ | Cerimani, 6 St. John's Lane, New York, NY 10013-2115 |
| 18157369 | ##+ | Daniel Yeager, 2314 Encino Crossing, San Antonio, TX 78259-2407 |
| 18300916 | ##+ | HER Creative Media, 2590 Walnut Street, Attn: HER Creative Media, Denver, CO 80205-2136 |
| 18157371 | ##+ | Her Creative, ATTN Bri Rios, 2590 Walnut Street, Denver, CO 80205-2136 |
| 18218829 | ##+ | Jamie Lindsay, 11401 Meade Pointe, Spotsylvania, VA 22551-4616 |
| 18157384 | ##+ | Steve Bachar, 201 Milwaukee Street, Suite 200, Denver, CO 80206-5013 |

TOTAL: 2 Undeliverable, 1 Duplicate, 8 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 04, 2021 | Signature: | /s/Joseph Speetjens |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L. Hirsch | on behalf of Petitioning Creditor Nicole Bagley adam.hirsch@dgslaw.com robin.anderson@dgslaw.com |
| Alison Goldenberg | on behalf of U.S. Trustee US Trustee Alison.Goldenberg@usdoj.gov janice.hensen@usdoj.gov |
| Jeffrey S. Brinen | on behalf of Debtor Revolar Technology Inc jsb@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | on behalf of Debtor Revolar Technology Inc klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Lee M. Kutner | on behalf of Debtor Revolar Technology Inc vlm@kutnerlaw.com |
| Maureen K. McIntee | on behalf of Debtor Revolar Technology Inc mm@kutnerlaw.com |
| Megan M. Adeyemo | on behalf of Creditor Security5 LLC madeyemo@gordonrees.com, asoto@grsm.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 18-17812-MER |
| REVOLAR TECHNOLOGY, INC. | ) |
| EIN: 82-3714017 | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS
PURSUANT TO 11 U.S.C. § 1112**

THIS MATTER having come before the Court on the Debtor's Motion to Dismiss Pursuant to 11 U.S.C. § 1112 ("Motion"), notice having been provided and any objections having been resolved, the Court being fully advised does hereby

ORDER

That the Motion is GRANTED. The above-captioned bankruptcy case is hereby dismissed.

DONE AND ENTERED this 2nd day of June, 2021 at Denver, Colorado.

Honorable Michael E. Romero
United States Bankruptcy Chief Judge